IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. H-04-0145-02 |
| RAFAEL E. RIVAS-LOPEZ | § § § | (Civil Action No. H-09-3335) |

## **FINAL JUDGMENT**

For the reasons stated in this Court's *Memorandum and Order* of even date, the defendant's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Docket No. 433) is **DENIED** and the corresponding civil action (H-09-3335) is **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT** in Civil Action No. H-09-3335.

The Clerk's Office will provide a copy of this order to the parties and will file a copy of this order with the docket in Civil Action No. H-09-3335.

SIGNED at Houston, Texas this 30th day of April, 2010.

_____
Kenneth M. Hoyt
United States District Judge