# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-20413

D.C. Docket No. 4:09-CV-3335

United States Court of Appeals
Fifth Circuit
**FILED**
May 23, 2016
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

RAFAEL E. RIVAS-LOPEZ,

Defendant - Appellant

United States District Court
Southern District of Texas
FILED
JUL 1 5 2016
David J. Bradley, Clerk of Court

Certified as a true copy and issued as the mandate on Jul 15, 2016
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before CLEMENT, ELROD, and SOUTHWICK, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal.

It is ordered and adjudged that the judgment of the District Court is vacated and the case is remanded for a new evidentiary hearing with appointed counsel.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 15, 2016

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 15-20413    USA v. Rafael Rivas-Lopez  
                       USDC No. 4:09-CV-3335, 4:04-CR-145-2

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____  
                                      Christina A. Gardner, Deputy Clerk  
                                      504-310-7684

cc: (letter only)  
    Ms. Renata Ann Gowie  
    Mr. Rafael E. Rivas-Lopez