United States District Court
Southern District of Texas
**ENTERED**
June 09, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| VS. | § CRIMINAL NO. 4:04-CR-145-2 |
| RAFAEL RIVAS-LOPEZ, | § |
| Defendant. | § |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: Warden, FCI, Forrest City Low, Forrest City, Arizona

TO: United States Marshal, Southern District of Texas or any other duly authorized United States Marshal.

You are hereby **ORDERED** to deliver inmate RAFAEL RIVAS-LOPEZ (USMS #16285-279), into the custody of the United States Marshal for the Southern District of Texas for his appearance before U. S. District Judge Kenneth M. Hoyt, 515 Rusk, Courtroom 11-A, Houston, Texas on **July 12, 2017, at 9:00 a.m.** Said inmate shall remain in the custody of the United States Marshal during hours of Court, until the matter is concluded. At such time, the inmate will be returned to your custody.

It is so ORDERED.

SIGNED on this 9th day of June, 2017.

_____
Kenneth M. Hoyt
United States District Judge